# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § § | Case No. 06-43855-659 |
| Melissa Jean Mercille, | § § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| McKinley Wilder, | § § | |
| | § | |
| Plaintiff, | § | Adversary Proc. 06-4338-705 |
| | § | |
| v. | § | [Related to Docket #1] |
| | § | |
| Melissa Jean Mercille, | § | [UNPUBLISHED] |
| | § | |
| Defendant. | § | |

## ORDER

On January 24, 2007, the above-reference Adversary Proceeding was tried before this Court. After considering all arguments made and admissible evidence introduced, the Court **SUSTAINS** all objections made by the Plaintiff at trial and **FINDS**, consistent with the Memorandum Opinion entered this day, that the Plaintiff failed to establish grounds for the relief requested in the Complaint and **HOLDS** that judgment in favor of the Defendant is proper. The Court therefore **ORDERS** judgment in favor of the Defendant be **GRANTED** in all respects and on all issues. The Court further **ORDERS** that any additional pending matters in this Adversary Proceeding be **DENIED** as moot.

DATED: February 7, 2007
St. Louis, Missouri

Charles E. Rendlen, III
United States Bankruptcy Judge

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

James S. Cole, Trustee
Murphy Wasinger, LC
1401 So. Brentwood Blvd., Ste. 550
St. Louis, MO 63144

Deborah Benoit
Attorney for Plaintiff
Kruger and Benoit, L.L.C.
2016 S. Big Bend Blvd.
St. Louis, MO 63117

A. Thomas DeWoskin
Attorney for Debtor
Danna McKitrick, PC
150 N. Meramec, 4th Fl.
St. Louis, MO 63105

Melissa Jean Mercille
Defendant/Debtor
108 Chatwood Terrace
St. Louis, MO 63126